IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TERRA EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-00572-JMM |
| | ) | |
| v. | ) | |
| | ) | Judge Moody |
| CHECK LAW RECOVERY SYSTEMS, INC., | ) | Magistrate Judge Cavaneau |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL PURSUANT TO SETTLEMENT**

Pursuant to settlement, this case is dismissed without prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal <u>without</u> prejudice to a dismissal <u>with</u> prejudice.

IT IS SO ORDERED THIS   28    day of    September  , 2010.


_____
James M. Moody
United States District Judge